**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**FERNANDO MARTINEZ #70993-509**      **CASE NO.  1:25-CV-01103 SEC P**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**A BOULWARE**                        **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 16], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner, Fernando Martinez's Petitions for Writ of Habeas Corpus [Doc. Nos. 1; 4] are **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 22nd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE